**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-6715**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CALVIN RICO ROSEMOND,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., District Judge.  (CR-02-435)

———————————

Submitted:  August 26, 2004          Decided:  September 2, 2004

———————————

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Calvin Rico Rosemond, Appellant Pro Se.  Regan Alexandra Pendleton, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Calvin Rico Rosemond appeals the district court's margin order denying his motion for discovery. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Rosemond, No. CR-02-435 (D.S.C. filed Apr. 5, 2004 & entered Apr. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED